## BUSINESS INFORMATION

Business Name:
**YOUNG'S GLASS CO. LLC**

UBI Number:
**604 036 648**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**9922 180TH WAY SW, ROCHESTER, WA, 98579, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**09/30/2017**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/ Registration Date:
**09/13/2016**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:

## REGISTERED AGENT INFORMATION

Registered Agent Name:
**MICHAEL YOUNG**

Street Address:
**9922 180TH WAY SW, ROCHESTER, WA, 98579-8558, UNITED STATES**

Mailing Address:

## GOVERNORS

| Title | Governors Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | MICHAEL | YOUNG |

# Corporations and Charities Filing System

Business Search 

## BUSINESS INFORMATION

Business Name:

**YOUNG'S GLASS CO. LLC**

UBI Number:

**604 036 648**

## FILING HISTORY

| Filing Number | Filing Date Time | Effective Date | Filing Type | Action |
|---|---|---|---|---|
| 0002415323 | 09/15/2016 12:35:36 PM | 09/13/2016 | INITIAL REPORT | View Documents |
| 0002398547 | 09/15/2016 12:33:31 PM | | CERTIFICATE OF FORMATION | View Documents |

Back