# State of Washington

## Secretary of State
CORPORATIONS DIVISION
James M. Dolliver Building
801 Capitol Way South
PO Box 40234
Olympia WA 98504-0234
360.725.0377

**FILED
SECRETARY OF STATE
SEPTEMBER 13, 2016
STATE OF WASHINGTON**

604 036 648

**Limited Liability Company**

## Office Information
**Application ID** 3918852
**Tracking ID** 3323938
**Validation ID** 3262374-001
**Date Submitted for Filing:** 9/13/2016

## Contact Information
**Contact Name** MICHAEL YOUNG
**Contact Address** 9922 180th way sw
rochester
WA
98579

**Contact Email** dmyoung57@yahoo.com
**Contact Phone** 360-259-7826

## Certificate of Formation
**Preferred Name** YOUNG'S GLASS CO.LLC
**Special Name Processing Requested**
~~Alternate Name 2 young~~
**Physical Address** 9922 180th way sw
rochester
WA
98579

| | |
|---:|:---|
| **Purpose** | Any Lawful Purpose |
| **Duration** | Perpetual |
| **Formation Date** | Effective Upon Filing by the Secretary of State |
| **Expiration Date** | 9/30/2017 |
| **Limited Liability Company Management** | Members |
| **Limited Liability Company mailing Adress** | Reg Agent |
| **Members Signature** | Attached |

## Registered Agent Information

**Agent is Individual**

| | |
|---:|:---|
| **Agent Name** | Michael young |
| **Agent Street Address** | 9922 180th way sw<br>rochester<br>WA<br>98579 7826 |
| **Agent Mailing Address** | 9922 180th way sw<br>rochester<br>WA<br>98579 7826 |
| **Agent Email Address** | dmyoung57@yahoo.com |

## Executors Information

**Executor #1**

| | |
|---:|:---|
| **Executor Name** | MICHAEL YOUNG |
| **Executor Title** | Executor |
| **Executor Address** | 9922 180th way sw<br>rochester<br>WA<br>98579 |

## Submitter Information

| | |
|---:|:---|
| **Submitted By** | michael patrick young jr |

# State of Washington

## Secretary of State

CORPORATIONS DIVISION
James M. Dolliver Building
801 Capitol Way South
PO Box 40234
Olympia WA 98504-0234
360.725.0377

```
FILED
SECRETARY OF STATE
SEPTEMBER 13, 2016
STATE OF WASHINGTON
```

### Initial Report

| | |
|---:|:---|
| Application ID | 3918882 |
| Associated App ID | 3918852 |
| Entity Name | YOUNG'S GLASS CO.LLC |
| UBI Number | 604 036 648 |
| Corporation Type | Limited Liability Company |
| Tracking ID | 3323938 |
| Validation ID | 3262374-002 |
| Date Submitted for Filing | 9/13/2016 |
| Filing Due Date | |
| State of Incorporation | WA |
| Inc./Qual Date | 9/13/2016 |
| Nature of Business | commercial glass istallation |

### Contact Information

| | |
|---:|:---|
| Contact Name | MICHAEL YOUNG |
| Contact Address | 9922 180th way sw<br>rochester<br>WA<br>98579 |
| Contact Email | dmyoung57@yahoo.com |
| Contact Phone | 360-259-7826 |

## Registered Agent Information

**Agent is Individual**

**Agent Name** Michael young

**Agent Street Address** 9922 180th way sw
rochester
WA
985797826

**Agent Mailing Address** 9922 180th way sw

rochester
WA
985797826

**Agent Email Address** dmyoung57@yahoo.com

## Place of Business

**Place of Business is in US** Yes

**Street Address** 9922 180th way sw
rochester
WA
98579

## Member/Manager

**Member #1**  **Name** diana young
9922 180th way sw
rochester,WA
985797826

## Execution Information

**Executed By** michael patrick young jr