## Possible People Information

**Person Overview**

**MICHAEL YOUNG**

**9922 180TH WAY SW**

**ROCHESTER, WA 98579-8558**    THURSTON County

**Phone Number(s):**

360-338-1402

619-797-7487

619-478-5569

**SSN:**

■■■■■■■■■■■■■■■■

**DOB:**

■■■■■■■■■■

**Spouse/Close Association:**

TERRIE



## Date of Birth Summary

| Date of Birth | Source |
|---|---|
| ■■■■■■■■■■ | People Find |
| ■■■■■■■■■■ | Address Historical    Experian Credit Header    Experian Credit Header Real Time    People Household |

## SSN Summary

| SSN | Source |
|---|---|
| ■■■■■■■■■■■■■■■■ | Docket    Equifax Credit Header    Experian Credit Header    Experian Credit Header Real Time    People Find    People Historical    Utility #, Utility #2, Utility #3, Utility #4 |
| ■■■■■■■■■■■■■■■■ | Experian Credit Header    Experian Credit Header Real Time |

## Name Variations

| Name | Source |
| --- | --- |
| YOUNG MICHAEL | Peop e F nd |
| MICHAEL P YOUNG | Address H stor ca　　Exper an Cred t Header　　Exper an Cred t Header Rea T me　　Peop e F nd　　Peop e Househo d #　　Peop e Househo d #2　　Peop e Househo d #3　　Ut ty |
| M YOUNG | Peop e F nd |
| MICHAEL P YOUNG JR | Docket　　Equ fax Cred t Header　　Exper an Cred t Header　　Exper an Cred t Header Rea T me　　Peop e F nd　　Peop e H stor ca　　Ut ty |
| MICHAEL PATRICK YOUNG | Cr m na &Infract on #　　Cr m na &Infract on #2　　Cr m na &Infract on #3　　Exper an Cred t Header Rea T me |
| MICHAEL PATRICK YOUNG JR | Exper an Cred t Header　　Exper an Cred t Header Rea T me |
| MICHAEL YOUNG JR | Exper an Cred t Header　　Exper an Cred t Header Rea T me |
| YOUNG MIKE | Exper an Cred t Header　　Exper an Cred t Header Rea T me |
| MIKE YOUNG JR | Exper an Cred t Header |
| P YOUNG MICHAEL JR | Docket |
| MIKE YOUNG | Exper an Cred t Header　　Exper an Cred t Header Rea T me |
| MICHAEL P YOUNGJR | Exper an Cred t Header　　Exper an Cred t Header Rea T me |
| MICHAEL YOUNA | Exper an Cred t Header　　Exper an Cred t Header Rea T me |
| MR MICHAEL P YOUNG | Peop e Househo d |
| MIKE P YOUNG | Exper an Cred t Header Rea T me |
| MICHAEL YOUNG II | Exper an Cred t Header Rea T me |
| MICHEAL YOUNG JR | Exper an Cred t Header Rea T me |
| MICHEAL YOUNG | Exper an Cred t Header Rea T me |
| MICHAEL I YOUNG JR | Exper an Cred t Header Rea T me |
| MICHAEL P JR | Exper an Cred t Header Rea T me |
| MICHAEL YOUNG | Exper an Cred t Header Rea T me |

**Addresses**

| Address |
| --- |
| **9922 180TH WAY SW, ROCHESTER, WA 98579-8558 | THURSTON County** |
| *Reported 08/01/2013 - 07/17/2018* |
| By Experian Credit Header Real Time 08/07/2013 - 07/17/2018　　Exper an Cred t Header Rea T me |
| By People Household 01/01/2014 - 08/31/2016　　Peop e Househo d #　　Peop e Househo d #2 |
| By Utility 02/15/2014 - 03/28/2016　　Ut ty #　　Ut ty #2 |

| | |
|---|---|
| By Experian Credit Header 08/07/2013 - 09/23/2013 | Exper an Cred t Header |
| By Equifax Credit Header 08/01/2013 - 08/31/2013 | Equ fax Cred t Header |

**719 N TOWER AVE, CENTRALIA, WA 98531-4754 | LEWIS County**

*Reported 11/14/2017 - 12/12/2017*

| | |
|---|---|
| By Experian Credit Header 11/14/2017 - 12/12/2017 | Exper an Cred t Header |
| By Experian Credit Header Real Time 11/14/2017 - 12/12/2017 | Exper an Cred t Header Rea T me |

**2263 BUCKMAN SPRINGS RD, CAMPO, CA 91906-2017 | SAN DIEGO County**

*Reported 01/01/2004 - 10/22/2016*

| | | |
|---|---|---|
| By Utility 09/01/2011 - 10/22/2016 | Ut ty # | Ut ty #2 |
| By Phone Records 01/01/2014 - 01/01/2014 | Phone Records | |
| By Experian Credit Header Real Time 06/02/2004 - 12/05/2012 | Exper an Cred t Header Rea T me | |
| By People Household 01/01/2004 - 06/30/2012 | Peop e Househo d | |
| By Equifax Credit Header 09/01/2011 - 09/30/2011 | Equ fax Cred t Header | |
| By Experian Credit Header 06/02/2004 - 10/12/2010 | Exper an Cred t Header | |
| By Address Historical | Address H stor ca | |

**9922 180TH WA, ROCHESTER, WA 98579-8558 | THURSTON County**

*Reported 04/11/2015 - 04/11/2015*

| | |
|---|---|
| By People Find 04/11/2015 - 04/11/2015 | Peop e F nd |

**301 S 3RD ST, BUSHTON, KS 67427-3216 | RICE County**

*Reported 11/01/2013 - 06/18/2014*

| | |
|---|---|
| By Experian Credit Header Real Time 11/05/2013 - 06/18/2014 | Exper an Cred t Header Rea T me |
| By Equifax Credit Header 11/01/2013 - 11/30/2013 | Equ fax Cred t Header |
| By Experian Credit Header 11/05/2013 - 11/05/2013 | Exper an Cred t Header |

**18625 OLD CAMP LN SE, YELM, WA 98597-9062 | THURSTON County**

*Reported 01/01/2011 - 08/13/2013*

| | |
|---|---|
| By Experian Credit Header 08/03/2012 - 08/13/2013 | Exper an Cred t Header |
| By Experian Credit Header Real Time 08/03/2012 - 08/13/2013 | Exper an Cred t Header Rea T me |
| By People Household 01/01/2011 - 09/30/2011 | Peop e Househo d |
| By Real Property Deeds | Rea Property Deeds |

**22036 N 27TH AVE LOT 12, PHOENIX, AZ 85027-1832 | MARICOPA County**

*Reported 07/30/2012 - 05/20/2013*

| | |
|---|---|
| By Experian Credit Header 08/30/2012 - 05/20/2013 | Exper an Cred t Header |
| By Experian Credit Header Real Time 07/30/2012 - 05/20/2013 | Exper an Cred t Header Rea T me |
| By Equifax Credit Header 09/01/2012 - 09/30/2012 | Equ fax Cred t Header |

**22036 N 27 THG AVE SPC 12, PHOENIX, AZ 85027 | MARICOPA County**

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

## Head of Household Information

| Head of Household: | MR MICHAEL P YOUNG |
|---|---|
| Gender: | MALE |
| Name/Address Confirmed: | 02/2016 |
| Marital Status: | SINGLE |

End of Document © 20 8 Thomson Reuters. No c a m to or g na U.S. Government Works.

To Summary

**People Finder Household-Centric Record**

## Source Information

| Information Current Through: | 05/25/2018 |
|---|---|
| Database Last Updated: | 07/26/2018 |
| Update Frequency: | MONTHLY |
| Current Date: | 08/15/2018 |
| Source: | Data by Infogroup, Copyright © 2018, All Rights Reserved. |

## Household Information:

| Address: | 9922 180TH WAY SW ROCHESTER, WA 98579-8558 |
|---|---|
| County: | THURSTON |
| Latitude/Longitude: | -123.089417/46.826853 |
| Residence Type: | SINGLE FAMILY DWELLING |
| Address First Reported: | 2014 |

## Head of Household Information

| Head of Household: | MR MICHAEL P YOUNG |
|---|---|
| Gender: | MALE |
| Date of Birth: | ■■■■■ |
| Name/Address Confirmed: | 01/2017 |
| Marital Status: | MARRIED |

## Additional Individuals In This Household

| Name: | MS DIANA F YOUNG |
|---|---|
| Gender: | FEMALE |
| Name/Address Confirmed: | 04/2015 |

End of Document © 20 8 Thomson Reuters. No c a m to or g na U.S. Government Works.

To Summary

**People Finder Household-Centric Record**

To Summary

## Utility Record

### Source Information

| | |
|---|---|
| Information Current Through: | 08/15/2018 |
| Database Last Updated: | 08/15/2018 |
| Update Frequency: | DAILY |
| Current Date: | 08/15/2018 |
| Source: | EQUIFAX |

### Address Information

| | |
|---|---|
| Service Address: | PO BOX 311<br>ROCHESTER, WA<br>98579-0311 |

### Individual Information

| | |
|---|---|
| Name: | MICHAEL P YOUNG |
| SSN: | ███████ |
| Service Type: | MISCELLANEOUS |
| Connect Date: | 03/28/2016 |
| Reported Date: | 03/28/2016 |

**End of Document**                                © 20 8 Thomson Reuters. No c a m to or g na  U.S. Government Works.

To Summary

## Utility Record

### Source Information

| | |
|---|---|
| Information Current Through: | 08/15/2018 |
| Database Last Updated: | 08/15/2018 |
| Update Frequency: | DAILY |
| Current Date: | 08/15/2018 |
| Source: | EQUIFAX |

### Address Information

| | |
|---|---|
| Billing Address: | 9922 180TH WAY<br>ROCHESTER, WA<br>98579-8558 |

### Individual Information

| | |
|---|---|
| Name: | MICHAEL YOUNG |
| SSN: | ███████ |

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WESTLAW COURTEXPRESS
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply)

**This docket is current through 08/04/2015**

**Current Date:** 8/15/2018
**Source:** U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF WASHINGTON (TACOMA)

## CASE INFORMATION

| | |
|---|---|
| Court: | U.S. BANKRUPTCY COURT, WESTERN DISTRICT OF WASHINGTON (TACOMA) |
| Case Title: | IN RE: YOUNG MICHAEL P JR, YOUNG DIANA F |
| Case: | 3: 5 BK 4 679 |
| Judge: | PAUL B. SNYDER |
| Date Filed: | 04/ 0/20 5 |
| Date Discharged: | 07/22/20 5 |
| Office: | TACOMA |
| Case Type / Chapter: | BANKRUPTCY: CHAPTER 7 |
| Case Details: | NO ASSET, VOLUNTARY |
| Case Number: | 3: 5 BK 4 679 |
| Key Nature of Suit: | BANKRUPTCY; CHAPTER 7 (060. 5) |

## CREDITOR INFORMATION

## DEBTOR INFORMATION

### YOUNG MICHAEL P JR

| | |
|---|---|
| Party Address: | 9922  80TH WAY SW<br>ROCHESTER, WA 98579 8558 |
| SSN: | |
| Attorney(s): | ROBERT C BRUNGARDT |
| Attorney Phone: | 360 426  2 8 |
| Firm Name: | ROBERT C BRUNGARDT |
| Attorney Address: | PO BOX 638<br>SHELTON, WA 98584 0638 |

### YOUNG DIANA F

| | |
|---|---|
| Party Address: | 9922  80TH WAY SW<br>ROCHESTER, WA 98579 8558 |
| SSN: | |

## TRUSTEE INFORMATION

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.

**MARK D WALDRON**

| Party Address: | 67    REGENTS BLVD |
| --- | --- |
| | TACOMA, WA 98466 542 |
| Phone: | 253 565 5800 |

## SCHEDULE 341 (1)

| Date: | Time: | Hearing Location: | Description: |
| --- | --- | --- | --- |
| 05/19/2015 | 09:30 AM | COURTROOM J UNION STATION | |

## DOCKET PROCEEDINGS (8)

| Entry #: | Date: | Description: |
| --- | --- | --- |
| | 04/10/2015 | CREDITOR MATRIX UPLOADED/ADDED 50 CREDITOR(S). (ADMIN) (ENTERED: 04/10/2015 AT 15:37:03) |
| | 04/10/2015 | RECEIPT OF FILING FEE FOR CHAPTER 7 VOLUNTARY PETITION (15-41679) [MISC,1028] ( 335.00). RECEIPT NUMBER 20771615. FEE AMOUNT $ 335.00. (U.S. TREASURY) (ENTERED: 04/10/2015 AT 14:57:27) |
| 6 | 04/10/2015 | MEETING OF CREDITORS & NOTICE OF APPOINTMENT OF INTERIM TRUSTEE MARK D WALDRON, WITH 341(A) MEETING TO BE HELD ON 05/19/2015 AT 09:30 AM AT COURTROOM J, UNION STATION. OBJECTIONS TO DISCHARGE DUE BY 07/20/2015. (BRUNGARDT, ROBERT) (ENTERED: 04/10/2015 AT 14:55:54) |
| 5 | 04/10/2015 | SOCIAL SECURITY NUMBER(S) OF DEBTOR(S) SUBMITTED. PDF ONLY VIEWABLE BY |

**WESTLAW** Thomson Reuters. No claim to original U.S. Government Works. 38

The data provided to you by WESTLAW may not be used as a factor in establishing a consumer's eligibility for credit, insurance, employment, or for any other purpose authorized under the FCRA.