THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>YOUNG'S GLASS CO. LLC, *et al.*,<br><br>Defendants. | CASE NO. C18-0784-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' ex parte motion to enlarge time for service of process (Dkt. No. 17). Plaintiffs move for a ninety (90) day enlargement of time to serve Defendants Young's Glass Co. LLC and Michael Patrick Young. (*Id*. at 1.) Plaintiffs have diligently attempted service within the prescribed time period, but have been unable to do so, through no fault of their own. (*See* Dkt. No. 17-1) (declaration describing efforts to serve). Finding good cause, Plaintiffs' motion (Dkt. No. 17) is GRANTED. The time to serve Defendants Young's Glass Co. LLC and Michael Patrick Young is enlarged by ninety (90) days.

//

//

MINUTE ORDER C18-0784-JCC
PAGE - 1

DATED this 20th day of August 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk