THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BOARD OF TRUSTEES OF THE
EMPLOYEE PAINTERS' TRUST, *et al.*,

Plaintiffs,

v.

YOUNG'S GLASS CO. LLC., *et al.*,

Defendants.

CASE NO. C18-0784-JCC

ORDER

This matter comes before the Court on Plaintiffs' *ex parte* motion for leave to serve Michael Patrick Young by publication and by mail (Dkt. No. 28). Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

A plaintiff may, among other methods, serve a defendant located in the United States by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). In Washington, service by publication is permitted under limited circumstances such as when a defendant who is a resident of Washington (1) cannot be found within the state, despite the plaintiff's diligence, and (2) "keeps himself or herself concealed" within the state "with intent to . . . avoid the service of a summons." *See* Wash. Rev. Code § 4.28.100. Service by mail is

permissible when the circumstances would justify service by publication and the defendant is likely to receive actual notice. Wash. Super. Ct. Civ. R. 4(d)(4); *Rolf v. United States*, 2007 WL 445449, slip op. at 3 (W.D. Wash. 2007).

Plaintiffs have made diligent efforts to serve Mr. Young at multiple residences in Washington. (*See* Dkt. Nos. 28-1–28-12.) Plaintiffs have discovered—through corporate records, Westlaw searches, and government records—multiple addresses, phone numbers, and email addresses that Mr. Young may be reached at. (*Id.*) Plaintiffs have visited these addresses on multiple occasions, spoken to neighbors and Mr. Young's ex-wife, called phone numbers, and attempted to email Mr. Young. (*Id.*) Young's Glass, Mr. Young's business, was properly served. (Dkt. Nos. 1 at ¶ 13, 23.) Plaintiffs have made diligent efforts to find Mr. Young, despite being unsuccessful, and Plaintiffs' extensive efforts tend to indicate that Mr. Young is concealing himself in order to avoid service.

For the foregoing reasons, Plaintiffs' *ex parte* motion for leave to serve Michael Patrick Young by publication and mail (Dkt. No. 28) is GRANTED.

DATED this 13th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE