THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*,

        Plaintiffs,

   v.

YOUNG'S GLASS CO. LLC, *et al.*,

        Defendants.

CASE NO. C18-0784-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for default of Ironshore Indemnity Inc. and Young's Glass Co. LLC. (Dkt. No. 26.) Because Ironshore Indemnity responded to Plaintiffs' motion for default and answered the complaint (Dkt. No. 27), the Court DENIES Plaintiffs' motion for default against Ironshore Indemnity. With regard to Plaintiffs' motion against Young's Glass, the Court ORDERS Plaintiffs to submit a Word version of the proposed order to coughenourorders@wawd.uscourts.gov.

//

//

//

MINUTE ORDER
C18-0784-JCC
PAGE - 1

1       DATED this 26th day of November 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk