THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> YOUNG'S GLASS CO. LLC., *et al.*, <br><br> Defendants. | CASE NO. C18-0784-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs and Defendant Ironshore Indemnity, Inc. have filed a stipulation and proposed order of dismissal (Dkt. No. 33). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and the claims against only Defendant Ironshore Indemnity, Inc. are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

DATED this 2nd day of January 2019.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C18-0784-JCC
PAGE - 1