UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> YOUNG'S GLASS CO. LLC., *et al.*, <br><br> Defendants. | CASE NO. C18-0784-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In the interest of judicial economy, the Court RESETS the status conference from January 8, 2019 to April 9, 2019 at 9:00 a.m.

DATED this 7th day of January 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk